IN THE
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., ET AL.,<br><br>Plaintiff/Petitioner<br><br>VS.<br>THOMAS LAVAR YOUNG<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **08 CV 5967**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; RULE 7.1 STATEMENT; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE LISA MARGARET SMITH; INDIVIDUAL RULE OF PRACTICE FOR DEFAULT JUDGMENT PROCEEDINGS; ELECTRONIC CASE FILING RULES & INSTRUCTIONS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **29th day of July, 2008, at 3:19 PM**, at the address of **16 ORFEO Road, WALLKILL, Ulster County, NY 12589**; this declarant served the above described documents upon **THOMAS LAVAR YOUNG**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Martin Young, Father, A black male approx. 55-65 years of age 5'10"-6'0" in height weighing 180-200 lbs with black hair**, a person of suitable age and discretion residing at the respondent's usual place of abode listed above.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **New York** that the statement above is true and correct.

DATED this **31st day of July, 2008**.

_____
Tammy L. McCourt, Dutchess, NY

FOR: **ROBINSON & COLE, LLP**          ORIGINAL PROOF OF          Tracking #: 5308373 SEA
REF: **YOUNGTHOMASLAVA|129422760**    SERVICE

_____
DEBORAH A. ACCARDI
Notary Public, State of New York
No. 01AC6179310
Qualified in Dutchess County
Commission Expires Dec. 24, 2011

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## Southern District of New York

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

V.

THOMAS LAVAR YOUNG

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5967

**JUDGE KARAS**

TO:

Thomas Lavar Young
16 Orfeo Rd.
Wallkill, NY 12589

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian E. Moran (BM-8573)
Victor B. Kao (VK6967)
Robinson & Cole LLP
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

an answer to the complaint which is served on you with this summons, within ___20___ days after service summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                              JUL 0 1 2008

CLERK                                                           DATE

_[signature: Catherine Lapsley]_

(By) DEPUTY CLERK